UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
    Matthew J. Myer and Julie A. Myer            Chapter 13
                                                  Case No. 24-30034
                        Debtor(s)

## MODIFIED PLAN

The Debtor hereby modified his confirmed Chapter 13 Plan by the following (all terms of the confirmation order remain the same with the following exceptions:

a. Debtor will amend to include post-petition mortgage arrears in the amount of $7,145.64.

b. New payments monthly payments of $1,437.00 per month shall be tendered for the remainder of the Plan commencing in June, 2024

c. To sell the 2020 Jeep Cherokee in month 18 and make a lump sum payment of $20,000.00.

d. The dividend to be paid to the general unsecured creditors having filed timely proofs of claim shall be reduced to at 1%.

e. The total amount paid into the Plan shall not be less than $95,744.52.

By signing below, I wish to modify my Plan pursuant to the above terms and understand that the fee for this service was not included in the original fee I paid and I will be responsible for paying this through my Chapter 13 Plan.

/s/ Matthew J. Myer                      Dated: May 9, 2024
Matthew J. Myer

/s/Julie A. Myer                          Dated: May 9, 2024
Julie A. Myer