**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
All Divisions**

**This Form Is To Be Used For Motion Calendar Only.**

Case Name: Julie Ann Myer and Matthew James Myer

Case No.: 24-30034-wak

Division: Syracuse

Adversary Proceeding No. (if applicable):

☐ Adjournment Request for Hearing on Motion at Docket No.:

Reason for Adjournment Request:

Original Return Date of Motion:

Number of prior adjournment request that have been made

☐ Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: at Docket No.:

☒ Notification of Settlement of Motion at Docket No.: 41

Date of Hearing: November 21, 2024

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:

Ehret Anne Van Horn, Esq.
GROSS POLOWY LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
(716) 204-1700
info@grosspolowy.com

Consent of All Parties Obtained? ☒ Yes ☐ No  - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Peter C. Schaefer, Esq.

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**